NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

LARRY BERNARD PACE,                )
                                   )
        Appellant,                 )
                                   )
v.                                 )        Case No. 2D17-3518
                                   )
STATE OF FLORIDA,                  )
                                   )
        Appellee.                  )
                                   )
_____    )

Opinion filed February 13, 2019.

Appeal from the Circuit Court for Sarasota
County; Charles E. Roberts, Judge.

Howard L. Dimmig, II, Public Defender, and
Megan Olson, Assistant Public Defender,
Bartow, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Peter N. Koclanes,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.


        Affirmed.



LaROSE, C.J., and CASANUEVA and MORRIS, JJ., Concur.